FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2022

No. 04-22-00011-CR

Frederick O. **SILVER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 671214
Honorable Helen P. Stowe, Judge Presiding

# O R D E R

On January 6, 2022, Frederick O. Silver filed a notice of appeal. It appears he is attempting to appeal an order granting a motion for warrant pursuant to article 17.19 of the Code of Criminal Procedure.

In general, we have jurisdiction to consider an appeal by a defendant in a criminal case only when the trial court has signed a judgment of conviction. *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991). We do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted to us by law. *Id.*

Appellant is therefore **ordered** to show cause in writing by **January 21, 2022** why this appeal should not be dismissed for want of jurisdiction. If appellant fails to respond satisfactorily within the time provided, the appeal will be dismissed.

We further **order** all deadlines in this appeal stayed until further order of the court.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2022.



FILE COPY

_____
MICHAEL A. CRUZ, Clerk of Court